UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-01259-JRS-TAB ) |
| OPE USIC HOLDINGS, INC., USIC LOCATING SERVICES, LLC F/K/A USIC LOCATING SERVICES, INC., | ) ) ) ) |
| Defendants. | ) ) |

**ORDER ON APRIL 26, 2024, SETTLEMENT CONFERENCE**

Parties appeared by counsel April 26, 2024, for a settlement conference. Settlement discussions were held, and this case is settled. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are vacated. The parties shall file a stipulation of dismissal within 28 days.

Date: 4/28/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email